JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA FONTAINE, | Case No.: CV 15-7672 DSF (AFMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| NORTHROP GRUMMAN CORPORATION, | |
| Defendant. | |

The Court having granted Defendant's motion to dismiss Plaintiff's Third Amended Complaint,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed with prejudice.

Dated: 4/5/16

_____
Dale S. Fischer
United States District Judge